

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARK WILLIAM MOOR,

    Plaintiff,

vs.

JACK PALMER, et al.,

    Defendants.

Case No. 3:07-CV-00151-BES-(RAM)

**ORDER**

Petitioner has submitted a Motion for Reconsideration of Denial of Certificate of Appealability (#11). This Court denied (#10) Petitioner a certificate of appealability, has sent the appeal to the Court of Appeals for the Ninth Circuit, and currently does not have jurisdiction over this action.

IT IS THEREFORE ORDERED that Petitioner's Motion for Rehearing of Application of Certificate of Appealability (#11) is **DENIED** for lack of jurisdiction.

DATED:   February 4, 2008.

BRIAN E. SANDOVAL
United States District Judge